# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

134370

DAVID LEWIS CARTER,
   Petitioner-Appellant

v

INGHAM COUNTY CONCEALED
WEAPONS LICENSING BOARD,
   Respondent-Appellee.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134370
COA: 275024
Ingham CC: 05-001083-AA

  On order of the Court, the application for leave to appeal the June 1, 2007 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



  I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

_____
Clerk